**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 274 EAL 2021

           Respondent                    :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

           v.                          :

                                      :

TYREE MORRIS,                         :

           Petitioner                       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

      Justice Brobson did not participate in the consideration or decision of this matter.